IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

FILED IN OFFICE
2015 MAY 26 AM 10: 43

GREG G. ALLEN, CLERK
SUPERIOR & STATE COURT
FORSYTH COUNTY, GEORGIA

| | |
|---|---|
| COBREY BENNETT and MARYAM BENNETT, | ) ) ) |
| Plaintiffs, | ) Civil Action ) |
| v. | ) Case No. 14CV-0891-2 ) |
| OCWEN LOAN SERVICING, LLC, | ) ) |
| Defendant. | ) ) |

14CV-0891-2
RESP
Response
902128

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' "EMERGENCY MOTION FOR PERMANENT INJUNCTION & DECLARATORY JUDGMENT OF ADVERSE POSSESSION"

Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), by and through its undersigned counsel, submits this Response to Plaintiffs' "Emergency Motion for Permanate [sic] Injunction & Declartory [sic] Judgment of Adverse Possession." Once again, *pro se* Plaintiffs' filing is baseless and there is no need whatsoever for any type of "emergency relief" in this matter.

### I. There is no basis for injunctive or any emergency relief

Whatever it is that Plaintiffs are seeking, it is completely unwarranted. As this Court well understands, it cannot enjoin the proceedings of the United States District Court for the Northern District of Georgia in the related federal matter of *Bennett v. Ocwen Loan Servicing, LLC*, Civil Action No. 2:13-cv-243-WCO-JCF. *See, e.g., Donovan v. City of Dallas*, 377 U.S. 408 (1964). This is a simple matter where a Special Master has been appointed under O.C.G.A. § 23-3-63 and it is for him to evaluate Plaintiffs' contentions. There is a valid and enforceable security deed on the property that was entered into on November 19, 2012, to preclude any basis

IN THE SUPERIOR COURT OF FORSYTH COUNTY

STATE OF GEORGIA

| | |
|---|---|
| COBREY BENNETT and<br>MARYAM BENNETT,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | )<br>)<br>)<br>) Civil Action<br>)<br>) Case No. 14CV-0891-2<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

> Maryam & Cobrey Bennett
> 965 Summerfield Drive
> Cumming, GA 30040

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this the 22nd day of May, 2015.

*/s/ Keith S. Anderson*
Keith S. Anderson (GA Bar No. 136246)

4