IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| COBREY BENNETT, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO.:  2:15-CV-170-WCO-JCF |
| | : | |
| OCWEN LOAN SERVICING, LLC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court on Plaintiffs' "objection" (Doc. 41) to the Court's September 28, 2015 Order (Doc. 39) directing Defendant to file its motion for summary judgment in its entirety because it appeared that portions of it were not filed when Defendant filed its Notice of Removal.  In their objection, Plaintiffs state that they "would like to know which pages the Court claims are missing and how many are missing" and "are also demanding copies of all communication, phone records, etc. between [Defendant's counsel] and the Court regarding missing papers." (Doc. 41 at 1).  The Court issued the September 28, 2015 Order based on its own review of the documents filed in connection with Defendant's Notice of Removal.  (*See* Docs. 1, 1-1 through 1-10).  As explained in the undersigned's contemporaneously issued Report and Recommendation, the brief and exhibits to

1

Defendant's motion for summary judgment were out of order and interrupted by other case materials, giving the impression that some of the pages were missing. (*See* Doc. 1-8 at 51-56, Doc. 1-9 at 2-166, Doc. 1-10 at 72-97). Therefore, for clarity's sake the Court directed Defendant to file a complete copy of the motion, brief, and exhibits, as authorized by the Court's inherent authority to control its docket. Plaintiffs' request for additional "copies of all communications, phone records, etc., between [Defendant's counsel] and the Court regarding missing papers" (Doc. 41) is **DENIED**.

    **IT IS SO ORDERED** this 5th day of October, 2015.

                                        /s/ *J. CLAY FULLER*
                                        J. CLAY FULLER
                                        United States Magistrate Judge