IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| COBREY BENNETT and MARYAM BENNETT, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 2:15-cv-170-WCO-JCF |
| v. | ) ) | |
| OCWEN LOAN SERVICING, | ) ) | |
| Defendant. | )) | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO "PLAINTIFFS' MOTION FOR EMERGENCY INJUNCTIVE RELIEF & TEMPORARY RESTRAINING ORDER AND TO ENJOIN FURTURE [SIC] REMOVAL FROM STATE COURT PENDING ORDER OF STATE COURT"**

Defendant Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant"), by and through its undersigned counsel files this Response is Opposition to "Plaintiffs' Motion for Emergency Injunctive Relief & Temporary Restraining Order and to Enjoin Further [sic] Removal from State Court Pending Order of State Court" (Doc. 54).

Plaintiffs' arguments once again seek to re-argue matters that have already been decided. Plaintiffs' contentions related to removal and subject matter jurisdiction have been determined by the Court. (Docs. 44, 52). Further, there is

1

no basis whatsoever for any type of injunction. Plaintiffs' Motion is due to be denied.

Respectfully submitted, this 4th day of January, 2016.

/s/Keith S. Anderson
Keith S. Anderson (GA Bar No. 136246)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: kanderson@babc.com

A. Michelle Canter (GA Bar No. 108097)
4720 Peachtree Industrial Blvd, #106
Norcross, GA 30071
Telephone: (678) 496-2580
Facsimile: (205) 521-8800
Email: mcanter@babc.com
Attorneys for Defendant/Counter-Plaintiff
Ocwen Loan Servicing, LLC

## LR 7.1D CERTIFICATION

I hereby certify that the foregoing brief was prepared with one of the font and point selections approved by the Court in LR 5.1B.

/s/Keith S. Anderson
Keith S. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to her regular mailing address, to the following:

Cobrey and Maryam Bennett
965 Summerfield Drive
Cumming, GA 30040

/s/Keith S. Anderson
Keith S. Anderson